UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KRISTINA BELLA, on behalf of herself and all
others similarly situated,

                      Plaintiff,

                      JUDGMENT
                      17-cv-6115(ENV)(VMS)

                      v.

BUREAUS INVESTMENT GROUP PORTFOLIO
NO. 15 LLC, THE BUREAUS, INC., and
BUREAUS INVESTMENT GROUP III, LLC,

                      Defendants.
-------------------------------------------------------------- X

       A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on May 30, 2019, adopting the Report and Recommendation of Magistrate Judge Vera M. Scanlon, dated January 4, 2019, granting BIG III's Rule 12(b)(2) motion; granting defendants' Rule 12(b)(6) motion; and dismissing plaintiff's remaining claim with prejudice; it is

       ORDERED and ADJUDGED that BIG III's Rule 12(b)(2) motion and defendants' Rule 12(b)(6) motion are granted; and that plaintiff's remaining claim in this action is dismissed with prejudice.

Dated: Brooklyn, NY
        May 31, 2019

                                            Douglas C. Palmer
                                            Clerk of Court

                                 By:    /s/*Jalitza Poveda*
                                          Deputy Clerk